DISMISS; Opinion filed October 4, 2012



In The

Court of Appeals

Fifth District of Texas at Dallas

No. 05-12-00936-CV

ANDRE BERRY, Appellant

V.

CAMILLA THORNTON, Appellee

On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-55848-2011

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

By letter dated July 27, 2012, the Court informed appellant that his notice of appeal was untimely but that he could cure the timeliness problem by filing, within ten days, an extension motion. We cautioned appellant that failure to file an extension motion may result in dismissal of his appeal without further notice. As of today's date, appellant has not filed a motion to extend the time to file his notice of appeal.

Where a party does not file a post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. An extension of time may be granted if an appellant files a notice of appeal within fifteen days of the deadline and files a motion complying with rule of appellate procedure 10.5(b). *See* TEX. R.

APP. P. 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Appellant is appealing a protective order signed on June 5, 2012. Appellant did not file any post-judgment motion. Accordingly, the notice of appeal was due on July 5, 2012. Appellant filed his notice of appeal on July 6, 2012. Appellant did not respond to this Court's letter informing him that he needed to file an extension motion. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120936F.P05

-2-



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANDRE BERRY, Appellant

No. 05-12-00936-CV      V.

CAMILLA THORNTON, Appellee

Appeal from the 417th Judicial District Court of Collin County, Texas. (Tr.Ct.No. 417-55848-2011).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers, participating.


Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Camilla Thornton, recover her costs of the appeal from appellant, Andre Berry.


Judgment entered October 4, 2012.


_____

CAROLYN WRIGHT
CHIEF JUSTICE